**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: § | | CHAPTER 11 |
| § | | |
| JEFFREY HOWARD MCLEOD *dba* PLANO AUTOMATIC TRANSMISSION *dba* PLANO TRANSMISSION § | | |
| DEBTOR § | | CASE NO. 12-41562 |

### CERTIFICATE OF DEFAULT

As the attorney representing Ocwen Loan Servicing, LLC, as mortgage servicer, their successors and assigns (hereinafter CREDITOR), in the above case I hereby certify that:

**I.**

A Plan was confirmed by this Court requiring DEBTOR(s) JEFFREY MCLEOD to make certain payments to the above CREDITOR.

**II.**

DEBTOR(s) defaulted on that Confirmed Plan by not making payments or showing proof of payment to CREDITOR. A default letter was issued on 05/18/2016, which was not cured. Pursuant to the terms of the Confirmed Plan, the Stay has lifted.

**III.**

Per the terms of the Confirmed Plan, DEBTOR(s) have defaulted and the stay has automatically lifted/terminated.

SIGNED July 28, 2016

13-001360-670

Respectfully submitted,

MACKIE WOLF ZIENTZ & MANN, P.C.

*/s/ Stephen Wu*
_____
Stephen Wu
State Bar No.: 24042396
Mackie Wolf Zientz & Mann, P.C.
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686
swu@mwzmlaw.com
ATTORNEY FOR CREDITOR

### Certificate of Service

I, Stephen Wu, do hereby certify a copy of this notice was served on the persons listed below in the manner indicated on this 28th of July, 2016,

*/s/ Stephen Wu*
_____
Stephen Wu

Via Pre-Paid U.S. Mail:

JEFFREY HOWARD MCLEOD DBA PLANO AUTOMATIC TRANSMISSION DBA PLANO TRANSMISSION
2009 LAMBERT CT.
PLANO, TX 75075
Debtor(s)

Via ECF:
LEONARD J. ROBINSON, II LAW OFFICE OF LEONARD J. ROBINSON II
3626 N HALL ST., STE 507
DALLAS, TX 75219
Attorney for Debtor(s)

Via ECF:
U.S. TRUSTEE (TYLER)
110 N. COLLEGE AVE.
SUITE 300
TYLER, TX 75702
CHAPTER 11 TRUSTEE

13-001360-670

Via ECF:
US TRUSTEE
441 G STREET, NW, SUITE 6150
WASHINGTON, DC 20530

13-001360-670